**Fill in this information to identify the case:**

Debtor 1  Desma Eugenia Smith
        aka Desma E. Smith
        aka Desma Smith
        aka Desma Eugenia Smith

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of ALABAMA

Case number 19-10260

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY     **Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 9543

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 4/4/2019 | (5) | $450.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 1/24/2019 | (11) | $200.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2     Notice of Postpetition Mortgage Fees, Expenses, and Charges     page 1

Debtor 1 <u>Desma Eugenia Smith</u>  Case number *(if known)* <u>19-10260</u>
aka Desma E. Smith
aka Desma Smith
aka Desma Eugenia Smith
      Print Name      Middle Name      Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗    <u>/s/ Paul Crockett</u>        Date   <u>07/18/2019</u>
      Signature

Print     <u>**Paul Crockett**</u>        Title   <u>Bankruptcy Attorney</u>
      First Name    Middle Name    Last Name

Company    <u>Robertson, Anschutz & Schneid, P.L.</u>

Address    <u>6409 Congress Ave., Suite 100</u>
      Number    Street

<u>Boca Raton, FL 33487</u>
City      State      ZIP Code

Contact Phone    <u>470-321-7112</u>        Email   <u>pcrockett@rascrane.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___July 19, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

HERMAN D. PADGETT
C/O PADGETT AND ROBERTSON, ATTORNEYS
4317 DOWNTOWNER LOOP NORTH
MOBILE, AL 36609

DANIEL B. O'BRIEN
CHAPTER 13 TRUSTEE
P.O. BOX 1884
MOBILE, AL 36633

DESMA EUGENIA SMITH
957 PINEMONT DRIVE
MOBILE, AL 36609

 

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: ___/s/ Claude Kamgna_____
   Claude Kamgna
   email:ckamgna@rascrane.com

Official Form 410S2   Notice of Postpetition Mortgage Fees, Expenses, and Charges   page 3

Case 19-10260   Doc   Filed 07/19/19   Entered 07/19/19 11:36:37   Desc Main
Document   Page 3 of 3